B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  **Canyons, LLC**  
                                          Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Archer Norris<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596-3759 | Archer Norris<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596-3759 | Attorney Fees | | 162,737.07 |
| Bkrptcy Est. of Cascade Acceptance Corp.<br>c/o Timothy W. Hoffman, Trustee<br>7151 Wilton Avenue, Suite 201<br>Sebastopol, CA 95472 | Bkrptcy Est. of Cascade Acceptance Corp.<br>c/o Timothy W. Hoffman, Trustee<br>7151 Wilton Avenue, Suite 201<br>Sebastopol, CA 95472 | Promissory Note/Deed of Trust | | 38,439,932.77 (8,000,000.00 secured) (80,445.86 senior lien) |
| General Holdings, Inc.<br>P.O. Box 2050<br>Fair Oaks, CA 95628 | General Holdings, Inc.<br>P.O. Box 2050<br>Fair Oaks, CA 95628 | Line of Credit | | 1,500,000.00 |
| LAK Associates<br>3030 Bridgeway Ste. 103<br>Sausalito, CA 94965 | LAK Associates<br>3030 Bridgeway Ste. 103<br>Sausalito, CA 94965 | Engineering | | 58,765.78 |
| Land Arch<br>4620 California Avenue<br>Bakersfield, CA 93309 | Land Arch<br>4620 California Avenue<br>Bakersfield, CA 93309 | Engineering | | 300.00 |
| Land Research & Management<br>3001 Hassler Road<br>Camino, CA 95709 | Land Research & Management<br>3001 Hassler Road<br>Camino, CA 95709 | Project Managmeent | | 265,254.07 |
| M.H. Wolfe & Associates<br>P.O. Box 10254<br>Bakersfield, CA 93389 | M.H. Wolfe & Associates<br>P.O. Box 10254<br>Bakersfield, CA 93389 | Engineering | | 17,858.99 |
| Pinnacle Civil Engineering, Inc.<br>4620 California Avenue<br>Bakersfield, CA 93309 | Pinnacle Civil Engineering, Inc.<br>4620 California Avenue<br>Bakersfield, CA 93309 | Engineering | | 27,595.00 |
| R. Bruce Tepper<br>1880 Century Park East, Ste. 615<br>Los Angeles, CA 90067-1622 | R. Bruce Tepper<br>1880 Century Park East, Ste. 615<br>Los Angeles, CA 90067-1622 | Engineering | | 31,655.95 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Canyons, LLC**
_____
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| RTC Engineering<br>7600 Morro Road<br>Atascadero, CA 93422 | RTC Engineering<br>7600 Morro Road<br>Atascadero, CA 93422 | Engineering | | 2,500.00 |
| Ruettgers & Schuler<br>1800 30th Stree, Ste. 260<br>Bakersfield, CA 93301 | Ruettgers & Schuler<br>1800 30th Stree, Ste. 260<br>Bakersfield, CA 93301 | Surveying | | 16,397.20 |
| The RMK Group<br>9530 Hageman Road, Suite B #300<br>Bakersfield, CA 93312-3959 | The RMK Group<br>9530 Hageman Road, Suite B #300<br>Bakersfield, CA 93312-3959 | Engineering | | 387,676.80 |
| Tracy Leach (Providence Consulting)<br>1800 30th Street, 4th Floor<br>Bakersfield, CA 93301 | Tracy Leach (Providence Consulting)<br>1800 30th Street, 4th Floor<br>Bakersfield, CA 93301 | Consulting | | 165,581.00 |
| Visual Impact Analysis<br>P.O. Box 1926<br>Novato, CA 94948 | Visual Impact Analysis<br>P.O. Box 1926<br>Novato, CA 94948 | Engineering | | 3,150.00 |
| WZI, Inc.<br>1717 28th Street<br>Bakersfield, CA 93301 | WZI, Inc.<br>1717 28th Street<br>Bakersfield, CA 93301 | Geology | | 116,272.84 |
| Young Wooldrige<br>Westchester Corporate Plaza<br>1800 30th Street, Fourth Floor<br>Bakersfield, CA 93301-1087 | Young Wooldrige<br>Westchester Corporate Plaza<br>1800 30th Street, Fourth Floor<br>Bakersfield, CA 93301-1087 | Attorney Fees | | 234,740.11 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Canyons, LLC**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 16, 2013**                        Signature  _/s/ Don Hancock_
                                                         **Don Hancock**
                                                         **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.