UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re: _Canyons LLC_             Case no.: _13-13501-A-11K_
                                 CHAPTER 11 MONTHLY OPERATING REPORT
MONTH ENDED: _May 2013_          Petition Date: _5/16/2013_

### SUMMARY OF FINANCIAL STATUS

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the:
   [X] CASH   [ ] ACCRUAL basis of accounting *(select one)*.

| | Sch | Current Month | Cumulative Since Filing |
|---|---|---|---|
| 2. Cash Receipts & Disbursements | | | |
| a. Total Cash Receipts | B | $ 0 | $ 0 |
| b. Total Cash Disbursements | B | $ 0 | $ 0 |
| c. Receipts Over/(Under) Disbusements *(Line 2a - 2b)* | B | $ 0 | $ 0 |
| d. Cash Balance Beginning of Month | A | $ 0 | |
| e. Cash Balance End of Month *(Line 2c + 2d)* | A | $ 0 | |

| | | End of Current Month | | As of Filing Date |
|---|---|---|---|---|
| 3. Accounts Receivable, Net | C | $ 0 | B/S | $ 0 |
| 4. Inventory | D | $ 0 | B/S | $ 0 |
| 5. Post-Petition/Administrative Liabilities: | | | | |
| a. Post-Petition Trade Accounts Payable | E | $ 0 | | N/A |
| b. Post-Petition Professional Fees/Exp Payable | E | $ 0 | | N/A |
| c. Post-Petition Pmts Due to Sec. Creditors/Lessors | E | $ 0 | | N/A |
| d. U.S. Trustee Fees Due | E | $ 325 | | N/A |
| e. Post-Petition Taxes Payable | F | $ 117,121.87 | | N/A |
| f. Unpaid Claims Under 11 U.S.C. § 503(b)(9) | B/S | $ | B/S $ | |

**During this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 6. | | ✓ | Were any payments made to secured creditors or lessors? *If yes, attach detailed listing.* |
| 7. | | ✓ | Were any payments made on *pre-petition unsecured* debts? *If yes, attach detailed listing.* |
| 8. | | ✓ | Were any payments made to professionals? *If yes, attach a detailed listing.* |
| 9. | | ✓ | If the answer to #7 and/or #8 is Yes, were all such payments approved by the court? |
| 10. | | ✓ | Were any payments made to owners, officers and/or other insiders? *If yes, attach detailed listing.* |

**As of the end of this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 11. | | X | Was the estate insured for liability, casualty and/or worker's comp. coverage? *If not, attach explanation.* |
| 12. | ✓ | | Was the Debtor current in the filing of all tax and/or information returns? *If not, attach explanation.* |
| 13. | | ✓ | Was the Debtor current in the payment of all taxes due? *If not, attach explanation.* |

I declare under penalty of perjury that I have reviewed this Monthly Report of Operations and, after making reasonable inquiry, believe that the information is true and correct.

_6/12/13_          _[signature]_                                _[signature]_
Date              Name of Responsible Individual                Signature of Responsible Individual

Revised May 13, 2013                    Page 1

FOR MONTH ENDED: May 2013

## SUMMARY OF FINANCIAL STATUS CONT'D

### 14. LIST OF REQUIRED ATTACHMENTS TO THE MONTHLY OPERATING REPORT

*"x"* confirms the following documents are completed *and* attached:

| | | |
|---|---|---|
| a. | None | SCHEDULE A - Summary of Cash Accounts  No Account At this Time Ddl. |
| b. | N/A | SCHEDULE B - Statement of Cash Receipts and Cash Disbursements |
| c. | N/A | SCHEDULE C - Accounts Receivable; *Indicate "N/A" if none.* |
| d. | N/A | SCHEDULE D - Inventory; *Indicate "N/A" if none.* |
| e. | X | SCHEDULE E - Post Petition Liabilities |
| f. | X | SCHEDULE F - Post Petition Federal and State Taxes |
| g. | X | Balance Sheet (B/S); *Indicate "N/A" if debtor is an individual with no business.* |
| h. | X | Profit/(Loss) Statement (P/L); *Indicate "N/A" if debtor is an individual with no business.* |
| i. | N/A | Detailed listings required for a "Yes" response to questions #6, 7, 8 and/or 10 on Page 1 *Indicate "N/A" if no detailed listings are required.* |
| j. | X | Explanations required for a "No" response to questions #11, 12 and/or 13 on Page 1 *Indicate "N/A" if no explanations are required.* |
| k. | N/A | Detailed Transaction Register, Bank Statement and Bank Reconciliation *for each account listed on Schedule A* |

## SCHEDULE A
### RECAP OF CASH ACCOUNTS

FOR MONTH ENDED: May 2013

| Name of Bank or Cash Account (incl. pre-petition & DIP accounts) | Account Purpose (i.e. gen, p/r, cc) | Acct # (last 4 digits) | Beginning Balance | Receipts (+) | Disbursements (-) | Transfers (+/-) | Ending Balance | Register, Bank Stmt & Bank Rec Provided "x" = yes |
|---|---|---|---|---|---|---|---|---|
| | | | $4,000 | $ None | $ | $ | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| Total | | | $ 4,000 | $ None | $ | $ | $ | |

Amt Reported on Sch B $ None    Amt Reported on B/S $
Difference (should be $0) $     Difference (should be $0) $

**Account Purpose Abbreviations:**
- gen = general operating
- p/r = payroll
- tax = tax
- cc = cash collateral
- per = personal
- bl = blocked

Revised May 13, 2013

SCHEDULE A

FOR MONTH ENDED: _May 2013_

## SCHEDULE B
### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

1  **Cash Receipts:**
2　　　Cash sales *(ordinary course)*　　　　　　　　　　　$ 0
3　　　Rents/Leases Collected　　　　　　　　　　　　　　　0
4　　　Accounts Receivable Collected　　　　　　　　　　　0　　C
5　　　Interest Received　　　　　　　　　　　　　　　　　0
6　　　Proceeds from Sale of Estate Asset(s)　　　　　　　0
7　　　Borrowings　　　　　　　　　　　　　　　　　　　　0
8　　　Funds from Shareholders, Partners or Other Insiders　0
9　　　Capital Contributions　　　　　　　　　　　　　　　0
10　　 Other Cash Receipts:　　　　　　　　　　　　　　　0
11
12
13
14
15　　　　　　　　　　　　　　　　　　**Total Cash Receipts**　$ 0　A
16  **Cash Disbursements:**
17　　　Payments to Vendors for Merchandise　　　　　　　$ 0　E
18　　　Administrative Expenses
19　　　Payments on Secured Debt *(detailed listing required)*　0
20　　　Payments on Pre-Petition Unsecured Debt *(detailed listing required)*　0
21　　　Rent/Lease Payments　　　　　　　　　　　　　　0
22　　　Amts Paid to Owner(s), Officers & Insiders *(detailed listing required)*　0
23　　　Salaries/Commissions (less employee withholding)　0
24　　　Taxes Paid:
25　　　　　Employee Withholding　　　　　　　　　　　0
26　　　　　Employer Payroll Taxes　　　　　　　　　　　0
27　　　　　Sales Taxes　　　　　　　　　　　　　　　　0
28　　　　　Real Property Taxes
29　　　　　Other Taxes　　　　　　　　　　　　　　　　0
30　　　Payments to Professionals *(detailed listing required)*　　　　E
31　　　Other Cash Disbursements:
32　　　　　United States Trustee Fees　　　　　　　　　[illegible]　E
33
34
35
36
37
38
39
40　　　　　　　　　　　　　　　　　**Total Cash Disbursements**　$ None　A
41　　　　　　　　　　　　　　　Net Increase/(Decrease) in Cash　$

Revised May 13, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SCHEDULE B

FOR MONTH ENDED: _May 2013_

## SCHEDULE C
### ACCOUNTS RECEIVABLE
_X_ Indicate if none

| | | |
|---|---|---|
| 1 Ending Balance Reported in Prior Month | $ 0 | |
| 2 Add: New Receivables for this Month | 0 | |
| 3 Less: Amounts Collected this Month | 0 | |
| 4 Subtotal | $ 0 | |
| 5 Adjustments (+/-) *(Explanation Required)* | N/A | |
| 6 Ending Balance | $ 0 | |
| 7 Less: Allowance for Doubtful Accounts | 0 | B/S |
| 8 Accounts Receivable, Net | $ 0 | B/S |

Aging of Pre Petition and Post-Petition Accounts Receivable

| | |
|---|---|
| 0 - 30 Days | $ |
| 31 - 60 Days | |
| 61 - 90 Days | |
| 90+ Days | |
| | $ |
| | $ _____ B/S |

*Explanation for any Adjustments to Accounts Receivable:*

## SCHEDULE D
### INVENTORY AND COST OF GOODS SOLD
_X_ Indicate if none

| | | |
|---|---|---|
| 1 Ending Balance Reported in Prior Month | $ None | |
| 2 Add: Merchandise Purchased | | |
| 3 Adjustments (+/-) *(Explanation Required)* | | |
| 4 Less: Ending Balance | $ None | B/S |
| 5 Cost of Goods Sold | $ None | P/L |

*Explanation for any Adjustments to Inventory:*

FOR MONTH ENDED: _May 2013_

## SCHEDULE E
## POST-PETITION LIABILITIES

### POST-PETITION TRADE ACCOUNTS PAYABLE

| | | | |
|---|---|---|---|
| 1 Ending Balance Reported in Prior Month | $ N/A | | Post-Petition Aging |
| 2 Add: Debts Incurred this Month | | 0 - 30 Days $ | |
| 3 Less: Payments Made this Month | | B  31 - 60 Days | |
| 4    Subtotal | $ | 61 - 90 Days | |
| 5 Adjustments (+/-) (Explanation Required) | | 90+ Days | |
| 6 Ending Balance | $ 0   B/S | | $ 0   B/S |

### POST-PETITION PROFESSIONAL FEES & EXPENSES PAYABLE

| | | | |
|---|---|---|---|
| 7 Ending Balance Reported in Prior Month | $ | | Post-Petition Aging |
| 8 Add: Fees/Exp Incurred this Month | | | |
| 9 Less: Payments Made this Month | | B  0 - 30 Days $ | |
| 10 Less: Retainer(s) Applied this Month | | 31 - 60 Days | |
| 11    Subtotal | $ | 61 - 90 Days | |
| 12 Adjustments (+/-) (Explanation Required) | | 90+ Days | |
| 13 Ending Balance | $   B/S | | $   B/S |

### POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| | | | |
|---|---|---|---|
| 14 Ending Balance Reported in Prior Month | $ | | Post-Petition Aging |
| 15 Add: Payments Due this Month | | 0 - 30 Days $ | |
| 16 Less: Payments Made this Month | | B  31 - 60 Days | |
| 17    Subtotal | $ | 61 - 90 Days | |
| 18 Adjustments (+/-) (Explanation Required) | | 90+ Days | |
| 19 Ending Balance | $   B/S | | $   B/S |

### U.S. TRUSTEE QUARTERLY FEES DUE

| | | | |
|---|---|---|---|
| 20 Ending Balance Reported in Prior Month | $ | | Post-Petition Aging |
| 21 Add: Fees Due this Month | 325 | 0 - 30 Days $ | |
| 22 Less: Payments Made this Month | | B  31 - 60 Days | |
| 23    Subtotal | $ | 61 - 90 Days | |
| 24 Adjustments (+/-) (Explanation Required) | | 90+ Days | |
| 25 Ending Balance | $ 325   B/S | | $   B/S |

*Explanation(s) for any Adjustments to Post-Petition Liabilities:*

_____

_____

Revised May 13, 2013

SCHEDULE E

FOR MONTH ENDED: _May_

## SCHEDULE F
## POST-PETITION TAXES PAYABLE

1  Ending Balance Reported for Prior Month                                                $ _None_

2  **PAYROLL TAX LIABILITY THIS MONTH**

3                        Withholding       Employer         Total
4   Federal income tax   _____   _____   $ _____
5   FICA                 _____   _____   $ _____
6   Medi-care            _____   _____   $ _____
7   State income tax     _____   _____   $ _____
8   State disability     _____   _____   $ _____
9   Federal unemployment                   _____   $ _____
10  State unemployment                     _____   $ _____
11  Training Tax (ETT)                     _____   $ _____
12  Total Payroll Taxes Incurred this Month                                               $ _None_

13  **OTHER TAX LIABILITIES THIS MONTH**
14  Sales Tax                                              $ _____
15  Excise/Use Tax
16  Real Property Tax                                      _119,121.87_
17  Personal Property Tax                                  _____
18  Federal Income Tax                                     _____
19  State Income or Franchise Tax                          _____
20  Other: _____                        _____
21  Total Other Taxes Incurred this Month                                                 $ _None_

22  **SUMMARY OF TAX PAYMENTS MADE THIS MONTH:**

| Type of Tax | Date Paid | Bank Acct. # (last 4-digits only) | Check # | Amount |
|---|---|---|---|---|
|  |  |  |  | $ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

                                Total tax payments from _attached listing_   $ _____
23  Total Payments Made on Post-Petition Tax Debts                           $ _____   B
24                                                      Ending Balance       $ _.000,_   B/S

Revised May 13, 2013                                                                 SCHEDULE F

BALANCE SHEET (B/S)
AS OF MONTH ENDED: May 2013

| | End of Current Month | As of Filing Date |
|---|---|---|
| 1 **ASSETS** | | |
| 2 Cash and Cash Equivalents | A $ 0 | $ 0 |
| 3 Accounts Receivable (Net) | C 0 | 0 |
| 4 Inventory | D | |
| 5 Prepaid Expenses | | |
| 6 Retainer(s) Paid to Professionals | | |
| 7 Property, Plant & Equipment | $ 8,000,000 | |
| 8 Less: Accumulated Depreciation/Depletion | | |
| 9 Property, Plant & Equipment, Net of Accumulated Depr/Depl | $ | $ |
| 10 Loans to Owners/Insiders/Affiliates | | |
| 11 Other: | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 TOTAL ASSETS | $ | $ |
| 17 **LIABILITIES and EQUITY** | | |
| 18 POST-PETITION LIABILITIES: | | |
| 19 Accounts Payable (Trade) | E $ | N/A |
| 20 Arrearages on Secured Debt & Executory Contracts | E | N/A |
| 21 Professional Fees/Exp Payable | E | N/A |
| 22 Taxes Payable | F / | N/A |
| 23 Salaries and Wages Payable | | N/A |
| 24 Notes Payable | | N/A |
| 25 Other: U.S. Trustee Fees Payable | E 325. | N/A |
| 26 | | N/A |
| 27 | | N/A |
| 28 TOTAL POST-PETITION LIABILITIES | $ 325 | N/A |
| 29 PRE-PETITION LIABILITIES: | | |
| 30 Secured Claims | $ 30,520,378.63 | $ same |
| 31 Priority Unsecured Claims: | | |
| 32 Tax Claims | $ 0 | $ 0 |
| 33 Wage Claims | 119,121.87 | 80,445.86 |
| 34 Other: § 503(b)(9) Claims | | |
| 35 | | |
| 36 Total Priority Unsecured Claims | $ | $ |
| 37 General Unsecured Claims | 3,140,484.81 | same |
| 38 TOTAL PRE-PETITION LIABILITIES | $ | $ |
| 39 TOTAL LIABILITIES | $ | $ |
| 40 EQUITY: | | |
| 41 Equity/(Deficit) at Time of Filing | $ | $ |
| 42 Capital Stock | | |
| 43 Paid-in-Capital | | |
| 44 Post-Petition Profit/(Loss) P/L | | |
| 45 Post-Petition Contributions/(Distributions) or (Draws) | | N/A |
| 46 TOTAL EQUITY/(DEFICIT) | $ | N/A |
| 47 TOTAL LIABILITIES AND EQUITY | $ | $ |

Revised May 13, 2013

BALANCE SHEET

PROFIT AND LOSS STATEMENT (P/L)
FOR MONTH ENDED: _May 2013_

|  |  | Current Month | Cumulative Post-Petition |
|---|---|---|---|
| 1 | **REVENUES** |  |  |
| 2 | Gross Sales | $ 0 | $ 0 |
| 3 | Less: Sales Returns & Allowances | 0 | 0 |
| 4 | **Net Sales** | $ | $ |
| 5 | Less: Costs of Goods Sold | D |  |
| 6 | **Gross Profit** | $ | $ |
| 7 | Rents/Leases |  |  |
| 8 | Interest |  |  |
| 9 | Other: |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 |  |  |  |
| 13 | **TOTAL REVENUES** | $ 0 | $ 0 |
| 14 | **EXPENSES** |  |  |
| 15 | Compensation to Owner(s)/Officer(s)/Other Insider(s) | $ 0 | $ 0 |
| 16 | Payroll | 0 | 0 |
| 17 | Contract Labor |  |  |
| 18 | Rent/Lease |  |  |
| 19 | Insurance  _List._ | $2,000 | $2,000 |
| 20 | Depreciation/Amortization |  |  |
| 21 | Taxes: Employer Payroll |  |  |
| 22 | Property |  |  |
| 23 | Federal & State Income/Franchise |  |  |
| 24 | Other: |  |  |
| 25 |  |  |  |
| 26 | Interest |  |  |
| 27 | Utilities |  |  |
| 28 | Repairs and Maintenance |  |  |
| 29 | Travel and Entertainment |  |  |
| 30 | Other: |  |  |
| 31 |  |  |  |
| 32 |  |  |  |
| 33 |  |  |  |
| 34 | **TOTAL EXPENSES** | $ | $ |
| 35 | **PROFIT/(LOSS) FROM OPERATIONS** | $ | $ |
| 36 | **REORGANIZATION ITEMS** |  |  |
| 37 | Professional Fees/Expenses | $ | $ |
| 38 | Gain/(Loss) From Sale of Estate Assets |  |  |
| 39 | U.S. Trustee Quarterly Fees | 325 | 325 |
| 40 | **TOTAL REORGANIZATION ITEMS** | $ | $ |
| 41 | **NET PROFIT/(LOSS)** | $ None   B/S | $ None |

D.H.

Revised May 13, 2013                                                    PROFIT/(LOSS) STMT

Summary of Financial Status

14. List of Required Attachments to the Monthly Operating Report

J. Explanations required for a "No" response to #11, #12 and/or #13 on page 1

#11 Explanation: Debtor is currently in the process of acquiring insurance coverage. Debtor received a quote from Hefner Insurance Agency. Believing the quote to be high, Debtor is getting another quote for comparison.

#13 Explanation: Debtor is delinquent on taxes owed to Kern County for the property that is the subject of this bankruptcy petition. Property taxes are owed on three parcels of land. The assessor tax numbers are as follows: 386-030-02-00-8 in the amount of $16,696.01; 386-030-04-00-4 in the amount of $32,765.77; and 436-010-37-00-8 in the amount of $69,660.09. There has been no income and Debtor does not have the funds to pay the taxes.